ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    ORDER

   - v -                          :    07 Cr. 288

BERNARD SANTOS,                    :

        Defendant.               :

- - - - - - - - - - - - - - - - - - - x

HONORABLE FRANK MAAS, United States Magistrate Judge:

    The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 288 may be unsealed.

Dated: April 19, 2007

_____
HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/07