United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

**BY FACSIMILE**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 2210
New York, New York 10007

Re: United States v. Bernard Santos, 07 Cr. 288 (WHP)

Dear Judge Pauley:

The Government respectfully submits this letter to supplement my letter of earlier today requesting an adjournment of tomorrow's conference in this matter. I have spoken to Your Honor's deputy clerk, who has informed me that the Court is available to hold the conference on July 27, 2007, at 3:30 p.m. I have informed Mr. Palmieri, counsel to the defendant, of the proposed new date and time, and he has confirmed that he is available at that date and time, and also has consented to the Government's motion that the time between June 22 and July 27, 2007, be excluded from the Speedy Trial calculations in the interests of justice.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

*Application Granted.*
**SO ORDERED:**

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
6-26-07

cc: Vito Palmieri, Esq.