# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

250 MINEOLA BLVD.
MINEOLA, NY 11501-4410
TELEPHONE (516) 248-9595 • FACSIMILE (516) 248-7897
WWW.PCLLP.COM

VITO A. PALMIERI
FRANK P. CASTIGLIONE *

\* ALSO ADMITTED IN NJ BAR

Writer's Direct Extension: 123
E-Mail: vpalmieri@pcllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07

August 1, 2007

**VIA: OVERNIGHT UPS**
Honorable William H. Pauley III
United State District Judge
Southern District of New York
500 Pearl Street, Rm. 2210
New York, New York  10007

Re:   United States v. Bernard Santos 07 Cr. 288 (WHP)

Dear Judge Pauley:

As you are aware we are the attorneys for the above referenced defendant, Bernard Santos. We respectfully submit this application for an amendment to my client's bail status with regard to the following requests for travel to Lancaster and Hershey Pennsylvania for the weekend of August 3, 2007 thru August 5, 2007 and August 31, 2007 thru September 3, 2007.

We have contacted the Assistant U.S. Attorney Margaret Garnett in this regard and she has consented to Mr. Santos' travel to Lancaster and Hershey Pennsylvania on the above referenced dates. My client was only able to confirm his travel plans today and we apologize for the short notice but respectfully request the court's position with regard to the bail status.

Thank you in advance for your courtesy and cooperation herein.

Application Granted on Consent of the
**SO ORDERED:** Government.

_____
WILLIAM H. PAULEY III U.S.D.J.
8-3-07

Very truly yours,

Vito A. Palmieri, Esq. (VAP1791)

VAP:dj

cc:   Margaret Garnett
      Assistant United States Attorney