# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

**250 Mineola Boulevard**
**Mineola, New York  11501**
**Telephone (516) 248-9595  -  Facsimile (516) 248-7897**
**WWW.PCLLP.COM**

Vito A. Palmieri
Frank P. Castiglione

Daniel J. Halloran, III, LLM/D
*Trial & Appellate Counsel*
dhalloran@pcllp.com
direct extension #127

**VIA OVERNIGHT MAIL & ECF**                                     January 18, 2008

Hon. William H. Pauley, III
U.S. District Judge, SDNY
500 Pearl Street
New York, NY 10007

RE:   USA v. BERNARD SANTOS
      Case No.: 07 CR 288 (WHP)

Judge Pauley:

The defendant in consultation with, and on consent of, the United States Attorney's office, hereby requests an adjournment of the sentencing date, currently scheduled before the Court of January 25, 2008.

This is the first request for an adjournment of the Sentence date, we are in receipt of the Presentence Investigation Report and are currently working on restitution issues, we therefore respectfully ask for a six week continuance to do so.

If the Court will honor such request, we respectfully ask for any date convenient to your Honor, the week of March 3, 2008 or March 10th 2008.

If you have any questions or concerns, or require any further information, please do not hesitate to contact our offices.

                                                     Yours truly,

                                                     *Daniel J. Halloran*

                                                     Daniel J. Halloran, III, Esq.
                                                     **(DH4797)**
                                                     *for* Vito A. Palmieri, Esq.

DJH: kk

cc:   Margaret Garnett, Assistant U.S. Attorney
      1 St. Andrews Plaza
      New York, NY 10007