# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

250 Mineola Boulevard
Mineola, New York 11501
Telephone (516) 248-9595 - Facsimile (516) 248-7897
WWW.PCLLP.COM

Vito A. Palmieri
Frank P. Castiglione

Daniel J. Halloran, III, LLM/D
Trial & Appellate Counsel
dhalloran@pcllp.com
direct extension #127

**VIA OVERNIGHT MAIL & ECF**
Hon. William H. Pauley, III
U.S. District Judge, SDNY
500 Pearl Street
New York, NY 10007

January 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-08

RE:  USA v. BERNARD SANTOS
     Case No.: 07 CR 288 (WHP)

Judge Pauley:

The defendant in consultation with, and on consent of, the United States Attorney's office, hereby requests an adjournment of the sentencing date, currently scheduled before the Court of January 25, 2008.

This is the first request for an adjournment of the Sentence date, we are in receipt of the Presentence Investigation Report and are currently working on restitution issues, we therefore respectfully ask for a six week continuance to do so.

If the Court will honor such request, we respectfully ask for any date convenient to your Honor, the week of March 3, 2008 or March 10th 2008.

If you have any questions or concerns, or require any further information, please do not hesitate to contact our offices.

Application Granted. Sentencing
SO ORDERED: Adjourned to 3-14-08
at 4:00 p.m.

WILLIAM H. PAULEY III U.S.D.J.
1-22-08

Yours truly,

Daniel J. Halloran

Daniel J. Halloran, III, Esq.
(DH4797)
for Vito A. Palmieri, Esq.

DJH: kk

cc:   Margaret Garnett, Assistant U.S. Attorney
      1 St. Andrews Plaza
      New York, NY 10007