# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

**250 Mineola Boulevard**
**Mineola, New York  11501**
**Telephone (516) 248-9595  -  Facsimile (516) 248-7897**
**WWW.PCLLP.COM**

Vito A. Palmieri
Frank P. Castiglione

Daniel J. Halloran, III, LLM/D
*Trial & Appellate Counsel*
dhalloran@pcllp.com
direct extension #127

**VIA OVERNIGHT MAIL & ECF**                                    March 5, 2008

Hon. William H. Pauley, III
U.S. District Judge, SDNY
500 Pearl Street
New York, NY 10007

RE:     USA v. BERNARD SANTOS
        Case No.: 07 CR 288 (WHP)

Judge Pauley:

The defendant in consultation with, and on consent of, the United States Attorney's office, hereby requests an adjournment of the sentencing date, currently scheduled before the Court March 14, 2008.

This is the second request for an adjournment of the Sentence date; we are currently awaiting reports from the treatment programs that Mr. Santos is involved in, which we hope to supplement our memorandum to the Court.  In addition we are finalizing restitution issues, we therefore respectfully ask for a three-week continuance to do so.

If the Court will honor such request, we respectfully ask for any date convenient to your Honor, the week of April 7, 2008 or any date thereafter.

If you have any questions or concerns, or require any further information, please do not hesitate to contact our offices.

                                                        Yours truly,

                                                        *Daniel J. Halloran*

                                                        Daniel J. Halloran, III, Esq.(**DH4797**)
                                                        *for* Vito A. Palmieri, Esq.

DJH: kk

cc:     Margaret Garnett, Assistant U.S. Attorney
        1 St. Andrews Plaza
        New York, NY 10007