Form 153 MED (MH) (5-85)

STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

# RELEASE/TERMINATION SUMMARY

SANTOS, BERNARD

| Admission Date | Event | Date of Event |
|---|---|---|
| 5/7/07 | DISCHARGE | 2/5/08 |

Complete as soon as possible and no later than 15 days after the date of any of the following events: permanent transfer/release/discharge/termination/death of inpatient and termination/death of outpatient.

**INSTRUCTIONS**

1. Enter admission date, type of event, and date of event above.
2. Describe course of treatment including:
   a. Presenting complaints/circumstances on admission, including admission diagnosis;
   b. Principal and other mental or physical diagnoses;
   c. Psychiatric, medical, and other history relevant to course of treatment;
   d. Significant assessment findings including test/examination results;
   e. For each significant problem (behavior/condition/situation) - treatment goal(s), treatment and/or therapies provided, and patient's response to treatment;
   f. Condition or functioning on admission, during treatment, and upon permanent transfer/release/discharge/termination/death.
3. Complete Aftercare Plan - Describe participation of the patient, family, and others.
   a. Outpatients - Indicate on Aftercare Plan appropriate discharge needs and arrangements to meet these needs.
   b. Inpatients - Attach Individual Service Plan (OMH 6).
4. Describe circumstances leading to death, person(s) notified, funeral arrangements, burial place, and when available, the anatomical diagnosis.
5. Enter signature, title, and date.

PT. ATTENDED ELEVEN SESSIONS OF INDIVIDUAL THERAPY FOR PROBLEM GAMBLING. TREATMENT CAME ABOUT AS THE RESULT OF A REFERRAL FROM PRE-TRIAL SERVICES OFFICER. PT. HAS STOLEN FROM A BANK AND THEN GAMBLED THE MONEY AWAY. PT. CONTINUED TO GAMBLE AFTER THE BEGINNING OF TREATMENT BUT THEN WAS ABLE TO ABSTAIN. PT. WAS CONVICTED AND SENTENCED TO TIME IN FEDERAL PRISON TO BEGIN IN JAN 2008. UNABLE TO REACH BY PHONE AFTER SENTENCING AND HE DID NOT RESPOND TO A LETTER. PT. LOST TO CONTACT.

[signature]

MICHAEL MCKEE PHD

PSYCHOLOGIST

Form 142x MED (MH) (8-81)

STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

# PSYCHIATRIC ASSESSMENT

Patient's Name (Last, First, M.I.): Santos, Bernard
"C" No.
Sex .......... Date of Birth ..........
Facility Name
Unit/Ward No.

**INSTRUCTIONS**

- Complete as soon as possible after admission.
- Update during the course of treatment to document new information which is of ongoing importance to treatment.
- Enter the following:

1. History of emotional, behavioral, and substance abuse problems and treatment including the name and relationship of informants.

___ Yes ___ No Informed consent obtained for initial evaluation?

___ Yes ___ No Interpreter present? Name: ___

Chief Complaint:

34 f.o.M.

Identifying Data: 37 y/o Asian American single male.
Pt works in Renovation (Finances) & lives in NJ.

History of Present Illness: (document diagnosis & subtype, if applicable; pertinent negatives)

Pt has been gambling since age 22. However, he believes he was able to control it until 9/11. Pt was in downtown area when the attack happened, and he saw the second plane hit the tower. Since then, gambling has been out of control. Pt has lost his house (due to multiple refinancing & eventually foreclosure), lost his girlfriend & daughter. Pt was arrested last week by FBI & is now on bail. Pt has a pending a federal case.
Pt gambles on lottery, blackjack, sports, lotto, casino. Pt has lied to friends & family to be bailed out.

except 9/11

Denies SAD, trauma, OCD, GAD. Denies tobacco use, denies ETOH/substance abuse/dep. No use

Form 142x MED (MHI)(8-81)

STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

# PSYCHIATRIC ASSESSMENT

| Patient's Name (Last, First, M.I.) |
| --- |

**2. Mental status.**

f ETOH w wild family

Pt c/o depressed mood since in w/ arrested

& week ago 1 but not before the onset.

Pt led of wt/sh i gide, but wt/sh relieve

No HI.

**Past Psychiatric History:**

Pt seen a psychologist ofter ill for 2-3

month ofter he a ccepted a little pal now w/ho one

**Past Medical History:** (include method of contraception for women of child
bearing potential, hospitalizations, surgery, allergies, medication &
dosages, illnesses)

Pt do other tx'd

No other medical/surgical hx

**Family History:**

Father c tx alcoholic with generated

family disputes

Daughter will be...

Form 142X MED (MH)(8-81)

STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

## PSYCHIATRIC ASSESSMENT

Patient's Name (Last, First, M.I.)

3. Psychiatric problems, strengths and disabilities; prognosis; and treatment recommendations.

**Social History:** (include current stressors, level of education, health insurance resources)

D + R (s NJ

Normal birth & developmnt

Dropped out of _____ _____ in _____ _____

Going to _____ college — needs full-time job

**Past Psychotropic Medication History:**

| Drug Name | Start | End | Dose | Reason | Response |
|-----------|-------|-----|------|--------|----------|
| | _/_/_ | _/_/_ | | | |
| | _/_/_ | _/_/_ | | | |
| | _/_/_ | _/_/_ | | | |
| | _/_/_ | _/_/_ | | | |

**Mental Status:** A, 6×3, good attention/concentration

Mood: widely depressed Affect: full range TP:

Logic: good oriented Context: non-delusional

⊖ A/H/I/H/SI/HI/VH

Form 142z MED (M/I) (6-88)

STATE OF NEW YORK
OFFICE OF MENTAL HEALTH

## PSYCHIATRIC ASSESSMENT

Patient's Name (Last, First, M.I.)

Psychiatric problems, strengths and disabilities; prognosis; and treatment recommendations (Continued).

Problems:

Strengths: _Motivation_

Disabilities:

Prognosis: _Fair_

Recommendations: (include specific plan)

_Pt is interested in CBT_

Other: Anxiety Diagnostic & Recruitment Center Form completed?

Tracking Form completed?

Panic disorder patient has been given diaries?

ADRC Referral Form completed?

Notified patient coordinator or RA if eligible for study?

| Axis I - Clinical Syndromes and V Codes | | | Onset Age |
|---|---|---|---|
| 3 | 1 | 1 | 2 |
| 1 | 1 | 2 | 2 |
| 0 | 0 | 0 | |

| Axis II - Developmental Disorder and Personality Disorders | | | |
|---|---|---|---|
| 0 | _dpard_ | | |

DSM III-R Diagnosis According to Axes I-IV
(Indicate PRINCIPAL DIAGNOSIS by an "X" in the appropriate "o"
CHECK EITHER AXIS I OR AXIS II — NEVER BOTH)

Axis III - Physical Disorders and Conditions (ICD-9-CM Codes)
_AIFE wd_
_AIFE wd_

**Axis IV - Severity of Psychosocial Stressors**
Stressor (s): _family, work_
Severity (Check one):
1. ☐ None  2. ☐ Mild  3. ☐ Moderate  4. ☐ Severe
5. ☒ Extreme  6. ☐ Catastrophic
0. ☐ Inadequate information or no change in condition

Duration (Check one):
☐ Predominantly Acute Event
☐ Predominantly Enduring Circumstances

**Axis V - Global Assessment of Functioning**
(Enter two digit scores from 01-90)

| | |
|---|---|
| 6 0 | Current GAF score (the level of functioning at the time of the evaluation) |
| 8 0 | Past Year GAF (the highest level of functioning for at least a few months during the past year. For children and adolescents, this must include at least a month during the school year). |

5. Physician's or Psychiatrist's Signature _____   Title: M-D   Date: 4/24/6?

PROGRESS NOTE

Patient's Name (Last, First, M.I.): SANTOS BERNARD

Sex: M          Date of Birth (MM/DD/YY): ___/___/___

Date: 5/16/07          Name of Study: PG          Visit: 2

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___    Pulse: _____    Weight: _____ lbs    Temperature: _____ °F

B.P. Standing: ___/___    Pulse: _____    Respiration: _____ /min

Blood tests or urinalysis performed?    ☐ No   ☐ Yes    Comments: _____

Urine pregnancy test performed?    ☐ No   ☐ Yes    If yes, result?   Positive   Negative

**II. Study Medication Taken:**    None ☐

Name: _____    Bottle/Pack #: _____    Dose prescribed: _____ qAM _____ qPM

Was unused study medication returned?    ☐ No   ☐ Yes   ☐ N/A    If yes, how many pills? _____

Comments: _____

**III. Concurrent Medications:**    None ☐

Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____
Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____
Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

GARRIVED 2 DAYS LATE EACH DAY WAS SPORTING JOBSEARCH
AND IS DISGRUNTLED WITH REGARDS TO MOVE.
CONCERNED THAT HIS LIFE IS "FAILING APART" AND
HE WANTS TO STOP COMPLAINING, DEPRESSED MOOD,
FEELING PROBLEMS TO SLEEP AND UNLESS UP
TOO EARLY. APPETITE IS OK - LOW. WGT BUT UNLESS UP
LOSS WEIGHT. STILL DOES SEE SULT DAUG WITH HIS
DAUGHTER + WANTS TO SPEND TIME WITH HER
PLEASURE(?). ENCLT OR PLAY BUT RECOGNIZES HER PLISS
SCHEDULE. HE FEELS BAD BUT RECOGNIZES DOES DEPRESSED
OF HIM. DOES HE FEEL DAY CONTINUED TO SATISFY AND THAT HER
DENIES THAT HE DOES NOT WANT TO GRANDPARENTAL HIS DAUGHTER
DENIES (+ SUICIDE)

**PROGRESS NOTE**

| Date: 5/9/07 | Name of Study: ___ | Patient's Name (Last, First, M.I.) SANTOS RICHARD | Sex: M | Date of Birth (MM/DD/YY): ___ | Visit: 2 |

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___   Pulse: _____   Weight: _____ lbs   Temperature: _____ °F

B.P. Standing: ___/___   Pulse: _____   Respiration: _____ /min

Blood tests or urinalysis performed?   ☐ No   ☐ Yes   Comments: _____

Urine pregnancy test performed?   ☐ No   ☐ Yes   If yes, result?   Positive   Negative

**II. Study Medication Taken:**   None ☐

Name: _____   Bottle/Pack #: _____   Dose prescribed: _____ qAM   _____ qPM

Was unused study medication returned?   ☐ No   ☐ Yes   ☐ N/A   If yes, how many pills? _____

Comments: _____

**III. Concurrent Medications:**   None ☐

Name: _____   Dose: _____   Start: ___/___/___   End: ___/___/___   Indication: _____

Name: _____   Dose: _____   Start: ___/___/___   End: ___/___/___   Indication: _____

Name: _____   Dose: _____   Start: ___/___/___   End: ___/___/___   Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

Still complains daily of irritability + involuntary aggressive behavior

Pt not working at bank of
America pt refused normal job stressors have

[illegible handwritten notes]

still complains w/ int anger
plus relations w/ others "can't
form serious bonds"

mRMKS RO
(E) Ziloworks RO

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): SANTOS REINALDO

Sex: M

Date of Birth (MM/DD/YY): ___/___/___

Date: 5/23/05    Name of Study: RL    Visit: 4

**I. Medical Evaluations:** (Completed at this visit by ___, ___.)

B.P. Sitting: ___/___    Pulse: ___    Weight: ___ lbs    Temperature: ___ °F

B.P. Standing: ___/___    Pulse: ___    Respiration: ___/min

Blood tests or urinalysis performed?  ☐ No  ☐ Yes    Comments: ___

Urine pregnancy test performed?  ☐ No  ☐ Yes    If yes, result?  Positive  Negative

**II. Study Medication Taken:**  None ☐

Name: ___    Bottle/Pack #: ___    Dose prescribed: ___  qAM ___  qPM ___

Was unused study medication returned?  ☐ No  ☐ Yes  ☐ N/A    If yes, how many pills? ___

Comments: ___

**III. Concurrent Medications:**  None ☐

Name: ___    Dose: ___    Start: ___/___/___    End: ___/___/___    Indication: ___

Name: ___    Dose: ___    Start: ___/___/___    End: ___/___/___    Indication: ___

Name: ___    Dose: ___    Start: ___/___/___    End: ___/___/___    Indication: ___

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

DRLEY DOMPLAN WAS WEEK BECAUSE HE DID NOT HAVE
DRUS OR MONEY TO DO SO. RELIANED FUNTIONAL
ANALYSS OF COMPLANS.

## PROGRESS NOTE

**Patient's Name** (Last, First, M.I.): SANTOS BERNARD

**Sex** M   **Date of Birth** (MM/DD/YY): _____

**Date:** 6/10/07   **Name of Study:** PLC   **Visit:** 3

**I. Medical Evaluations:** (Completed at this visit by _____)

B.P. Sitting: ____/____   Pulse: _____   Weight: _____ lbs   Temperature: _____ °F

B.P. Standing: ____/____   Pulse: _____   Respiration: _____ /min

Blood tests or urinalysis performed?   ☐ No  ☐ Yes   **Comments:**

Urine pregnancy test performed?   ☐ No  ☐ Yes   **If yes, result?**   Positive   Negative

**II. Study Medication Taken:**

**Name:** _____   None ☐   Dose prescribed: _____ qAM   _____ qPM

Was unused study medication returned?   ☐ No  ☐ Yes  ☐ N/A   If yes, how many pills?

**Comments:** _____   Bottle/Pack #: _____

**III. Concurrent Medications:**   None ☐

| Name: | Dose: | Start: __/__/__ | End: __/__/__ | Indication: |
|---|---|---|---|---|
| Name: | Dose: | Start: __/__/__ | End: __/__/__ | Indication: |
| Name: | Dose: | Start: __/__/__ | End: __/__/__ | Indication: |

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

6/10/07 ENTRY DAY OVER CASE 2 WEEKS AGO. 83.5 INTAKE.
PT. HAS SOUGHT BY CAL ATTORNEY S. BREFET: 201. 858.1960.
915 201.339.0988 X335 BY GUS GERMAIN ATTORNEY OF LAW.
WANTS TO KNOW JUDGE HE CAN RECOVER COMPLAINT.

**PROGRESS NOTE**

Date: 5/2/07 | Name of Study: PG

Patient's Name (Last, First, M.I.): SANTOS BERNARD

Sex: M | Date of Birth (MM/DD/YY): / /

Visit: [ ]

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___ Pulse: ___ Weight: ___ lbs Temperature: ___ °F

B.P. Standing: ___/___ Pulse: ___ Respiration: ___ /min

Blood tests or urinalysis performed?  ☐ No  ☐ Yes    Comments:

Urine pregnancy test performed?  ☐ No  ☐ Yes  If yes, result?  Positive  Negative

**II. Study Medication Taken:**    None ☐

Name: _____    Bottle/Pack #: ___    Dose prescribed: ___ qAM ___ qPM

Was unused study medication returned?  ☐ No  ☐ Yes  ☐ N/A   If yes, how many pills? ___

Comments:

**III. Concurrent Medications:**    None ☐

Name: _____  Dose: ___  Start: _/_/_  End: _/_/_  Indication:
Name: _____  Dose: ___  Start: _/_/_  End: _/_/_  Indication:
Name: _____  Dose: ___  Start: _/_/_  End: _/_/_  Indication:

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): SIMOS BERNARD

Sex: M

Date of Birth (MM/DD/YY): _____

Date: 5 / 23 / 07    Name of Study: PG    Visit: _____

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___    Pulse: _____    Weight: _____ lbs    Temperature: _____ °F

B.P. Standing: ___/___    Pulse: _____    Respiration: _____ /min

Blood tests or urinalysis performed?    ☐ No  ☐ Yes    Comments: _____

Urine pregnancy test performed?    ☐ No  ☐ Yes    If yes, result?  Positive  Negative

**II. Study Medication Taken:**    None ☐

Name: _____    Bottle/Pack #: _____    Dose prescribed: _____ qAM _____ qPM

Was unused study medication returned?    ☐ No  ☐ Yes  ☐ N/A    If yes, how many pills? _____

Comments: _____

**III. Concurrent Medications:**    None ☒

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

- Mr. Simos came to his appt. today.
- He noticed improvement in ___ by
- his co-workers - Calculation - further
- Asthenia (mild, moderate, fat.) - prolonged/tired - treated
- Dizzy symptom have been present for more than 4 wks/time to
- insomnia - continue & review.
- headache, confusion, & anxious
- Brain : Good ; function is allen (slope) but best 15 07 (1/2 length)
- I agree with Mr. Simos his reduction of tracks & side effects of
- Paroxetine (Paxil). It had function that were expressed. - He agreed
- this has Attitude.
- Any
- Also I: Radialized faulty
- Myn ___, rinbot
- Bo PRO

→ see next subbury.

**PROGRESS NOTE**

Date: 6/3/0?   Name of Study: PV

Patient's Name (Last, First, M.I.): _____

Sex: M   Date of Birth (MM/DD/YY): _____   Visit: 6

**I. Medical Evaluations:** (Completed at this visit by _____.)
B.P. Sitting: ___/___   Pulse: ___   Weight: ___ lbs   Temperature: ___ °F
B.P. Standing: ___/___   Pulse: ___   Respiration: ___/min

Blood tests or urinalysis performed? ☐ No ☐ Yes   Comments: _____
Urine pregnancy test performed? ☐ No ☐ Yes   If yes, result? Positive Negative

**II. Study Medication Taken:** None ☐
Name: _____   Bottle/Pack #: _____   Dose prescribed: ___ qAM ___ qPM
Was unused study medication returned? ☐ No ☐ Yes ☐ N/A   If yes, how many pills? ___
Comments: _____

**III. Concurrent Medications:** None ☐
Name: ___   Dose: ___   Start: _/_/_   End: _/_/_   Indication: ___
Name: ___   Dose: ___   Start: _/_/_   End: _/_/_   Indication: ___
Name: ___   Dose: ___   Start: _/_/_   End: _/_/_   Indication: ___

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

CONSUMED ONE PER OF ON VOYAGER. SO FAR PATIENT
HAS RESPONDED NOT SIMILANY. DRUG HAS EASED GAMBLING
FOR DESIRE STOPS BETTER WORKED IN STABILIZING
DESIRE OF CRAVING TO GAMBLE.

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): Santos, Brandino

Sex: M

Date of Birth (MM/DD/YY): ___/___/___

Date: 6/13/07

Name of Study: Pb.

Visit: _____

**I.** **Medical Evaluations:** (Completed at this visit by _____.)
B.P. Sitting: ___/___ Pulse: _____ Weight: _____ lbs Temperature: _____ °F
B.P. Standing: ___/___ Pulse: _____ Respiration: _____/min

Blood tests or urinalysis performed? ☐ No ☐ Yes Comments: _____
Urine pregnancy test performed? ☐ No ☐ Yes If yes, result? Positive Negative

**II.** **Study Medication Taken:** None ☐
Name: _____ Bottle/Pack #: _____ Dose prescribed: _____ qAM _____ qPM
Was unused study medication returned? ☐ No ☐ Yes ☐ N/A If yes, how many pills? _____
Comments: _____

**III.** **Concurrent Medications:** None ☐

Name: Perc 30 mg Dose: _____ Start: 5/__/07 End: ___/___/___ Indication: M.D.D. IB.
Name: _____ Dose: _____ Start: ___/___/___ End: ___/___/___ Indication: _____
Name: _____ Dose: _____ Start: ___/___/___ End: ___/___/___ Indication: _____

**IV.** **Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

- Pt. denies care is his appt. delay.
- If feels bb anxious - depress.
- Now ener_y low - No insomnia -
- N.S. delusion. - No psychosis -
- AP, suicide, dangt symptom -
- No hithn / no comm note -
- (✓) follow tx bes ( mp once.)

**PROGRESS NOTE**

| Patient's Name (Last, First, M.I.) | Sex | Date of Birth (MM/DD/YY) |
|---|---|---|
| EDWARD BERNARD | M | __/__/__ |

| Date: 10/19/07 | Name of Study: P6 | Visit: 7 |
|---|---|---|

**I.** **Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___    Pulse: _____    Weight: _____ lbs    Temperature: _____ °F

B.P. Standing: ___/___    Pulse: _____    Respiration: _____ /min

Blood tests or urinalysis performed?    ☐ No    ☐ Yes    Comments: _____

Urine pregnancy test performed?    ☐ No    ☐ Yes    If yes, result?    Positive    Negative

**II.** **Study Medication Taken:**    None ☐

Name: _____    Bottle/Pack #: _____    Dose prescribed: _____    qAM    _____ qPM

Was unused study medication returned?    ☐ No    ☐ Yes    ☐ N/A    If yes, how many pills? _____

Comments: _____

**III.** **Concurrent Medications:**    None ☐

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

**IV.** **Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

DENIES ANY S.E. LOVING FOR 18 SECOND JOB. TRIED FROM
1 SUM CORE OF BOOTH WAS CREATED IN 1 GUY. HIS USUS
DAY MADE HIM FEEL IRRITABLE WHEN HE DROVE LAST NIGHT.

**PROGRESS NOTE**

| Patient's Name (Last, First, M.I.) | Sex | Date of Birth (MM/DD/YY) |
|---|---|---|
| SANTOS, BENARDO | M | / / |

**Date:** 7 / 9 / 07    **Name of Study:** P6    **Visit:** _____

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: _____  Pulse: _____  Weight: _____ lbs  Temperature: _____ °F

B.P. Standing: _____  Pulse: _____  Respiration: _____ /min

Blood tests or urinalysis performed?  ☐ No  ☐ Yes   Comments: _____

Urine pregnancy test performed?  ☐ No  ☐ Yes   If yes, result?   Positive   Negative

**II. Study Medication Taken:**   **None** ☐

Name: _____   Dose prescribed: _____ qAM   _____ qPM

Comments: _____

Was unused study medication returned?  ☐ No  ☐ Yes  ☐ N/A   If yes, how many pills? _____

**III. Concurrent Medications:**   **None** ☐

Name: PAXIL       Dose: 20 mg   Start: / /   End: Cont   Indication: P6 / pw
Name: _____     Dose: _____   Start: / /   End: _____  Indication: _____
Name: _____     Dose: _____   Start: / /   End: _____  Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

- Pat finishes close to his appt time - he reported that he's been
much better.

- Sleep: sleeps well (much in last visit).

- No SI

- No psychosis.

- Denial of mood instability but complained I take this medication
"A/c's possible - myself gm (sleeping) none - Calm... alive, chunks..).
- Will continue same dose (worthy now...).

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): SANTOS, REGINALD

Sex: M

Date of Birth (MM/DD/YY): ___/___/___

Date: ___/___/___

Name of Study: PK

Visit: 8

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: _____/_____    Pulse: _____    Weight: _____ lbs    Temperature: _____ °F

B.P. Standing: _____/_____    Pulse: _____    Respiration: _____/min

Blood tests or urinalysis performed? ☐ No ☐ Yes    Comments:

Urine pregnancy test performed? ☐ No ☐ Yes    If yes, result? Positive Negative

**II. Study Medication Taken:**    None ☐

Name: _____    Bottle/Pack #: _____    Dose prescribed: _____ qAM _____ qPM

Was unused study medication returned? ☐ No ☐ Yes ☐ N/A    If yes, how many pills? _____

Comments:

**III. Concurrent Medications:**    None ☐

Name: _____ Dose: _____ Start: ___/___/___ End: ___/___/___ Indication: _____

Name: _____ Dose: _____ Start: ___/___/___ End: ___/___/___ Indication: _____

Name: _____ Dose: _____ Start: ___/___/___ End: ___/___/___ Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

DISCUSS GROUNDWORK DREAMS PRIOR IF CASE'S RESULTS

GOING THROUGH JONG HEALTH CLUB - WANT TROUBLE IN 10 DAYS.

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.) SANTOS, BERNARD

Sex M

Date of Birth (MM/DD/YY) ___/___/___

Date: 8/8/07    Name of Study: PG    Visit: 9

**I. Medical Evaluations:** (Completed at this visit by _____.)
- B.P. Sitting: ___/___    Pulse: _____    Weight: _____ lbs    Temperature: _____ °F
- B.P. Standing: ___/___    Pulse: _____    Respiration: _____/min

Blood tests or urinalysis performed?  ☐ No  ☐ Yes    Comments:
Urine pregnancy test performed?  ☐ No  ☐ Yes    If yes, result?  Positive  Negative

**II. Study Medication Taken:**    **None ☐**
Name: _____    Bottle/Pack #: _____    Dose prescribed: _____ qAM  _____ qPM
Was unused study medication returned?  ☐ No  ☐ Yes  ☐ N/A    If yes, how many pills? _____
Comments:

**III. Concurrent Medications:**    **None ☐**
Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____
Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____
Name: _____    Dose: _____    Start: ___/___/___    End: ___/___/___    Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

DENIES COMPLAINTS, MAINTAINS COMPLIANCE ON OUSTNDYN
ONCE PER WEEK + WILL TRY TO ADD ONE MORE TO MAKE
TWO FOR THIS WEEK. LOOKING FOR A JOB AS HE WAS LAID OFF
FROM HIS JOB. US BANNER FOR DR. A BANK POINT STATED DEFER
OR DECLINED CHECK REVIEWED HIS ABOUT
UNCLEAR OF FINANCIAL WOES AND WILL UNFOLD THIS
HAVE SETTLED ON HIS STRATEGIES + DISCUSS THIS PROCESS
OR INSIGHT IN COMING AT HIS STRONG

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): SANTOS BELSREO

Sex: M

Date of Birth (MM/DD/YY): _____

Date: 8/7/01    Name of Study: PK    Visit: 10

**I. Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___  Pulse: _____  Weight: _____ lbs  Temperature: _____ °F
B.P. Standing: ___/___  Pulse: _____  Respiration: _____ /min

Blood tests or urinalysis performed? ☐ No ☐ Yes  Comments:
Urine pregnancy test performed? ☐ No ☐ Yes  If yes, result?  Positive  Negative
Comments:

**II. Study Medication Taken:**  None ☐

Name: _____  Bottle/Pack #: _____  Dose prescribed: _____ qAM _____ qPM
Was unused study medication returned? ☐ No ☐ Yes ☐ N/A  If yes, how many pills?
Comments:

**III. Concurrent Medications:**  None ☐

Name: _____  Dose: _____  Start: __/__/__  End: __/__/__  Indication: _____
Name: _____  Dose: _____  Start: __/__/__  End: __/__/__  Indication: _____
Name: _____  Dose: _____  Start: __/__/__  End: __/__/__  Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

Get RESULTS LOSS AS BEATBOR ASSES. AT $ 101/82, WEAK TO CONTROL
CAN REALLY USE WELL. BONGHT A $2 LOTTERY TICKES.

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.)

SANTOS, BENJAMIN

Sex: M

Date of Birth (MM/DD/YY): /     /

---

**Date:** 8/21/04     **Name of Study:** P6     **Visit:**

---

**I.** **Medical Evaluations:** (Completed at this visit by _____.)

B.P. Sitting: ___/___     Pulse: _____     Weight: _____ lbs     Temperature: _____ °F

B.P. Standing: ___/___     Pulse: _____     Respiration: _____ /min

Blood tests or urinalysis performed? ☐ No ☐ Yes     Comments:

Urine pregnancy test performed? ☐ No ☐ Yes     If yes, result? Positive    Negative

**II.** **Study Medication Taken:**     **None** ☐

Name: _____     Bottle/Pack #: _____     Dose prescribed: _____ qAM _____ qPM

Was unused study medication returned? ☐ No ☐ Yes ☐ N/A     If yes, how many pills? _____

Comments:

**III.** **Concurrent Medications:**     **None** ☐

Name: Prozac     Dose: 30 mg     Start: ___/___/___     End: ___/last     Indication: P6/pain

Name: _____     Dose: _____     Start: ___/___/___     End: ___/___/___     Indication:

Name: _____     Dose: _____     Start: ___/___/___     End: ___/___/___     Indication:

**IV.** **Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

- Mr. Santos reports that he was not of the medication x 4 days now

- he forgot to fill this refill —

- been beyond but still anxious —

- has SI

- No problems.

**PROGRESS NOTE**

Patient's Name (Last, First, M.I.): SANTOS BERNARD

Sex: M    Date of Birth (MM/DD/YY): _____

Date: 2/ /    Name of Study: JG    Visit: M

**I. Medical Evaluations:** (Completed at this visit by _____ .)

B.P. Sitting: __/__    Pulse: ____    Weight: ____ lbs    Temperature: ____ °F

B.P. Standing: __/__    Pulse: ____    Respiration: ____ /min

Blood tests or urinalysis performed? ☐ No ☐ Yes    Comments: _____

Urine pregnancy test performed? ☐ No ☐ Yes    If yes, result?    Positive    Negative

**II. Study Medication Taken:**    None ☐

Name: _____    Dose prescribed: _____ qAM _____ qPM

Was unused study medication returned? ☐ No ☐ Yes ☐ N/A    If yes, how many pills? _____

Comments: _____    Bottle/Pack #: _____

**III. Concurrent Medications:**    None ☐

Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____
Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____
Name: _____    Dose: _____    Start: __/__/__    End: __/__/__    Indication: _____

**IV. Assessment:** (Include response to treatment, current condition, relevant ratings, and any adverse events.)

PT IS GROWING. LOOKING FOR WORK BUT CAN'T RETAINE
PRESENT HOUSING AT CARING DISCUSSED FEELING STRESSED
AND HAS REPORTED. INTERESTS IS INCREASING AND FRIENDLY
PT WILLING TO HEAR DR'S OPINIONS OF OTHER AND OFFER SUPPORT.
WILLING TO REGEN AS PLANNED FOR IPS FEELINGS — WANTS TO RELY
ON PT. [illegible] AND ON [illegible] OF [illegible]. LABS DUE POSSIBLE EFFECT ON
OF [illegible] STATUS IS OK [illegible].