To whom it may concern,

7/26/07

Bernard Santos (my father) is the best dad in the world. He inspired me to do many things, such as to play sports and to follow my goals and dreams in life. If I am struggling with homework he always helps me. Also he helps me with sports. He'll teach me how to play some sports and also take me to some games. When I was in the hospital, he was there everyday to make sure I was ok, and to see how I was doing. He's goes with me to my doctor appointments to make sure I am healthy and that nothing is wrong. And just a little while after I got out of the hospital I had to loose weight. My dad set a very good example for me and signed both of us for a gym membership. He goes with me all the time and helps me reach my goal. If I have any other problems, like with friends etc. he's always there to help me and gives me advice.

My dad is always there for me, helping me in whatever situation I am in, or if it is concerning my health. I love my dad so much.

Sincerely,
Adrienne Santos

07/26/07

To whom it may concern,

My name is Theresa Rick I have know Bernard Santos since 1990 he is the father of our daughter Adrienne Santos.

Although Bernard and I are no longer together we have a wonderful friendship and he is the best father that a child could have.

Our daughter, Adrienne has a life threatening illness (lupus Class 5) and kidney disease and recently some heart problems.

Bernard is Adrienne's main support.
He is always there when times are hard.
He goes to all of her doctor's visits and most importantly, when she was in the hospital he never left her side.

Adrienne is daddy's little girl and she loves her father move than life itself and he is a important factor in her health. The doctors told us to keep her stress level very low as this could trigger her lupus to flare up.
Bernard makes Adrienne smile everyday and not worry about her illness.

Bernard plays a very important role in Adrienne's life.
He sees her every single day and is a tremendous help to me, I work two jobs and can't always be around when she needs someone.

Bernard is an upstanding citizen and a great dad; I don't know where Adrienne or I would be without him...

Thanks,

Theresa Rick

JUN-19-2007 11:53A FROM:TOP JOB PERSONNEL    9738179762    TO:17324179277    P.1

June 19, 2007

To Whom It May Concern:

My name is Faye Garretson and I am a personnel manager for Top Job Personnel and have been since 1987. On July 27th, 1993 I was blessed with a granddaughter Adrienne Rene Santos whose father is Bernard Santos. I have known Bernard and his family since 1992. I can tell you that Bernard comes from a very loving close family. I can also tell you that Bernard has been and is a great father. Adrienne is very close to both her mother and her father and they both make sure that Adrienne gets the best education and guidance that she needs. Through out the years Bernard has been a likable person and well liked. During the last few years he has had a couple of devastating situations number one he lost his father a few years ago and number two Adrienne went into complete kidney failure and was diagnosed with Lupus and she still remains on chemotherapy. This is hard for any of us to deal with, I know because I lost my only sister to lupus. Bernard acts like things don't bother him but I know that they do, after all Adrienne is his only child. He is a good guy and a great father and my granddaughter is lucky to have such a caring father.

Sincerely,

Faye Garretson

To Whom it may concern,

My name is Dennis Rick and I'm writing in concerns for Bernard Santos,
Father of my granddaughter, Adrienne Santos.

I have know Bernard for appox 14 years and in that time I have found him
to be a very loyal family man with high standards of himself, and family.
He has always been very polite and forth right with me.

He is an outstanding citizen and gentlemen.

Yours,

Dennis L. Rick

To whom it may concern,

My name is Christine Sementa and I have know Bernard Santos for about 7 years.

In that 7 years I have become a good friend to Bernard , someone I can trust and someone I can respect for his has not have the easiest life.

He is a upstanding citizen and most import he is a great dad!

There is nothing he would not do for his daughter and lives his life for her.

Bernard is a great individual and a great father.

Thanks,
Christine Sementa

May 23, 2007

To Whom It May Concern:

I am writing this letter on behalf of Bernard Santos. I have known Bernard for 5 years and throughout our friendship, he has proven his loyalty and kindness as a friend.

He is a great father to his daughter Adrienne age 14 who suffers from Lupus and has been her primary care taker through out her life. He is a hard working person who is driven to do his best to provide for his daughter. He had always showed his kindness and generosity to those around him and has always supported his friends in need.

Thank you very much for your time.

Sincerely,

Etsuko Okui

Etsuko Joy Okui

June 28, 2007

To Whom It May Concern:

It is my great privilege to provide a character reference for Mr. Bernard Santos. I have known him for a few years through a friend.

I found him to be one of the most sincere, generous individual I've met throughout my life. Bernard has always been there for others and always found time to give a helping hand even if he didn't know you. He truly showed his kindness towards others. However, his daughter played a major role in his life. You can see it in his eyes how great of a father he is with Adrienne. They were inseparable and welcomed everyone's company. Adrienne meant the world to him and represented what a true parent should treat their children. By example, Bernard taught me not only the value of helping others, but the importance of loyalty and reliability.

I could keep giving more descriptions of Bernard's great qualities as a person. Instead I would simply like to say how much I think of Bernard like my older brother that I never had.

I'm happy to provide further information if required.

Sincerely,

Josephine Nepomuceno

July 06, 2007

To Whom It May Concern:

There are a lot of words to say about Bernard, but the one that comes to mind is caring. He's a good man and a great father. You'll never hear anything bad about this guy. I'm not just saying this because he's family and we've been through the good and hardship since our childhood. When I lost my father he was the first one there to console my family. Bernard always thought family came first before himself. He was like that towards his friends as well. Especially when it comes to his daughter Adrienne he would do anything for her. Adrienne is his life and would do whatever it takes to make sure she would have a good life. He cherishes every moment with her and happiness that she brings to his life. Although I'm older than him he taught me a lot of ways to be a better person and I'm very grateful to him for his loyalty.

Sincerely,

Erick Daus

Erick Daus

To Whom It May Concern:

I have known Bernard Santos for nine years now. He is a great friend and a good father. He is a very out going person. He is also very supportive with his friends and family. Right now, the only thing in his mind is to take care of his daughter who has lupus. Bernard Santos is a great guy. I can always count on him to help us with anything.

Claudette Flores

To Whom It May Concern:

I know Bernard Santos for seventeen to twenty years now. In fact we became best of friends that I trust him with my family. I especially trust him when I need him to watch my youngest daughter who is his god-daughter. I respect Bernard Santos decision with in respect of being a great guy and being a good father for his daughter. I can not say anything bad about him. He is just a great person to be with all the time. Whenever I am in a tough situation I could always count on Bernard Santos to help me. Bernard Santos is a great guy and he is my best friend for life.

Rogelio (Jon) V> Flores Jr

May 15, 2007

To whom it may concern,

This letter is on behalf of Bernard Santos, he is my younger brother. He is a good brother, father, uncle and friend. He has always been there for me and my family. We will support him in anyway possible. He has been a great influence on family and friends and has been on occasion a role model for my children.

He will have our undivided attention and support through this difficult time.

If there is anything I can offer to help in support of his case. Please feel free to contact me at any time.

Thank you for your time and attention on this matter.

Sincerely,

Josephine Santos-Villa

May 15, 2007

To whom it may concern,

I am writing this letter on behalf of Bernard Santos, he is my brother in law. I have known him for over 17 years. He has always been a good friend. He is a great family man and has been there for me and my family.

He has my full support and I will be there to help in anyway possible.

Sincerely,

Ronaldo Villa

5/31/07

I HAVE KNOWN BERNARD SANTOS
AS LONG AS I REMEMBERED. I KNEW HIM
WHEN I WAS YOUNGER. HE IS ONE OF THE GREATEST
UNCLE'S I KNOW AND HE IS ALWAYS THERE
FOR HIS FRIENDS AND FAMILY ESPECIALLY HIS
DAUGHTER.

    I REMEMBER HE WOULD GIVE ME
SPARE CHANGE AT THE BOWLING ALLY SO
I COULD PLAY THE ARCADES. EVERY CHRISTMAS
HE WOULD ALWAYS GET ME A PRESENT EVEN
IF I HAVEN'T BEEN AROUND LATELY. I REMEMBER
HE WOULD ALWAYS THROW A BIRTHDAY PARTY
FOR HIS DAUGHTER. HE WOULD DO ANYTHING TO MAKE
HER HAPPY OR ANYBODY ELSE HAPPY.
I KNOW IF I'M IN A BAD SITUATION I KNOW
HE WOULD BE BEHIND MY BACK ONE HUNDRED
PRECENT THE SAME WAY I'M BACKING HIM UP.
    HE IS THE GREATEST PERSON ALIVE AND
HE DOES NOT DESERVE THIS. HE IS A GREAT
FATHER, BROTHER, UNCLE, AND FRIEND. I KNOW
HE'S INNOCENT.

ROBERT V.

5/22/07

Bernard Santos is a good person,
A loving father, a loyal friend. He is
There when you need him. He loves his
family. I've known him since 1985.
For over twenty years, I've always known
Bernard to be fun loving and friendly. He
was there to console me when I was having
problems with my wife. He was there when
I needed someone to talk to. He was always
there when a family member of a friend
needed him.
    Again, he's a good person, a good
father, a good friend and a good boxer.
The world need more people like him.
He needs to be with his daughter,
his family and his friends.

MAY 21, 2007

I have known Bernard Santos
All my life. I Consider him
An uncle. He is A Good friend.
He is there when we
need him. He is trustworthy
And Always Happy.

Michael Miller

July 10, 2007

To Whom It May Concern,

I am writing this letter on behalf of my brother-in-law Bernard Santos. I have known him for almost 10 years. He has always been a good friend. He is a great family man and has been there for my family and me.

He has my full support and I will be there to help in anyway possible.

Sincerely,

Ruben Santiago

July 10, 2007

To Whom It May Concern,

This letter is on behalf of Bernard Santos. He is my baby brother. He is a good brother, great father to Adrienne, uncle to my children, and dear friend to many. He has always been there for my family and me. We will support him in anyway possible. He has been a great influence on family and friends. He also has been on occasion a role model for my children.

He will have our undivided attention and support through this difficult time.

If there is anything I can offer to help in support of this case, please feel free to contact me at any time.

Thank you for your time and undivided attention on this matter.

Sincerely,

Arlene Santiago

July 10, 2007

To Whom It May Concern,

This letter is on behalf of Bernard Santos. He is my uncle. He is a good uncle. He has always been there for my family and me. I will support him in anyway possible. He has been a great influence on my brothers, sister, and I.

He will have our undivided attention and support through this difficult time.

Thank you for your time and undivided attention on this matter.

Sincerely,

Clarissa Caban

July 10, 2007

To Whom It May Concern,

This letter is on behalf of Bernard Santos. He is my uncle. He is a wonderful uncle. He is so trustworthy and loving. He has always been there for my family and me. I will support him in anyway possible. He has been a great influence on my sisters, brothers, and I.

He will have my undivided attention and support through this difficult time.

Thank you for your time and attention on this matter.

Sincerely,

Christina Caban

Christina Caban

July 10, 2007

To Whom It May Concern,

This letter is on behalf of Bernard Santos, he is my uncle. He is a great uncle. He has always been there for my family and me. I will support him in anyway possible. He has been a great influence on my sisters, brothers, and I.

He will have my undivided attention and support through this difficult time.

Thank you for your time and attention on this matter.

Sincerely,

Carlos Caban

Carlos Caban

May 16, 2007

To whom it may concern,

My name is Chito Santos and I am Bernard Santos older brother. Bernard is a good guy, he is outgoing, friendly and will do anything to help family and friends in any way he can. He's never been in any trouble with the law nor intends to be. He is that kind, gentle, funny young man in our family.

Kindest Regards

Chito Santos

May 16, 2007

To whom it may concern,

My name is Tessie Santos and I am Bernard Santos sister in law. Bernard is always good to me; he is funny and easy to get along with. He is always there to offer a hand when you need it. He is a plus and a positive influence in our family.

Kindest Regards,

Tessie Santos

May 23, 2007

To Whom It May Concern:

My name is Jun Santos one of the older brother of Bernard Santos, Bernard is a really good guy, always there for us when we need him he will do anything to help you, very funny outgoing never been in any trouble.

Kindest Regards

Jun Santos

May 23, 2007

To Whom It May Concern:

My name is Edna Palao and I am Bernard Santos sister in law. Bernard is always there especially with his family and friends. He's never been in any trouble he's very kind and funny guy easy to get along.

Kindest Regards

Edna Palao