Columbia Gambling Disorders Clinic
New York State Psychiatric Institute
1051 Riverside Drive
New York, NY 10032
212-543-6690

April 8, 2008

Mr. Vito Palmieri
Palmieri and Castiglione LLP
250 Mineola Blvd
Mineola, NY 11501
FAX: 516-248-7897

Re: Bernard Santos DOB: 05/20/1972

Dear Mr. Palmieri,

You have requested a brief summary of Bernard Santos' treatment here at the Columbia Gambling Disorders Clinic.

Mr. Santos was admitted to the Columbia Gambling Disorders Clinic of the New York State Psychiatric Institute May 2, 2007 and received weekly sessions of individual cognitive-behavioral therapy for problem gambling. His treatment came about as a result of a referral from a pre-trial probation services officer at the United States District Court for the Southern District of New York. The patient was accused of stealing money from his employer, a bank, and then losing the money gambling.

The Columbia Gambling Disorders Clinic of the New York State Psychiatric Institute is funded by the New York State Office of Alcohol and Substance Abuse Services and provides treatment free of charge. Our program typically provides ten sessions of individual, group or marital therapy provided weekly for problem gambling and then follows up with monthly visits for an additional seven months, if necessary.

Mr. Santos received eleven sessions of individual cognitive-behavioral therapy. He initially was depressed and under considerable stress due to his recent arrest and had thoughts of suicide, but no intent or plan to kill himself. He was referred to a staff psychiatrist for medication treatment of his depression and was started on an anti-depressant.

Over the initial period of the treatment, his depression lifted and he no longer had suicidal ideation. He continued to have anxiety about his court case. He continued to gamble small amounts of money on lottery tickets in hopes of winning back the very large amount of money that he had lost.

During subsequent weeks of the treatment, Mr. Santos participated in cognitive behavioral therapy and reported that he had become abstinent from gambling. He worked to establish alternative pleasurable activities, identified effective relapse prevention strategies and began to discuss goals for the future. It was recommended that he attend Gamblers' Anonymous, which he stated that he did, and provided permission to speak to his GA sponsor.

Mr. Santos discontinued coming to therapy after eleven sessions and did not respond to a follow-up letter.

4/8/08

Michael McKee, Ph.D. Psychologist April 8, 2008

# New York State Psychiatric Institute

JOHN OLDHAM, M.D.
DIRECTOR

JACK M. GORMAN, M.D.
DEPUTY DIRECTOR

STEVEN M. PAPP, M.B.A.
DEPUTY DIRECTOR–ADMINISTRATION



# FAX TRANSMISSION

**ANXIETY DISORDERS CLINIC**
**HISPANIC TREATMENT PROGRAM**
1051 Riverside Drive, Unit #69
New York, New York 10032
**(212) 543-5367**
**Fax: (212) 543-6515**

**To:** MR. VITO PALMIERI **Date:** 4/8/08

**Fax #:** (516) 248 - 7897 **Pages:** 3, including this cover sheet.

**From:** M. MYLEE, Ph.D.

**Subject:** B. SANTOS

COMMENTS: