

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 4-22-08*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 15, 2008

**BY HAND**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 2210
New York, New York 10007

Re:  United States v. Bernard Santos, 07 Cr. 288 (WHP)

Dear Judge Pauley:

    The Government respectfully submits this letter to request a brief adjournment of the sentencing in this matter, presently scheduled for Friday, April 18, 2008, at 3:30 p.m.  I will be away from the office on another matter on April 18 and I am the only Assistant who is familiar with this case and this defendant.  No prior requests for adjournments of the sentencing have been made by the Government, and the defendant is released on bail (defense counsel has requested adjournments to allow time to compile necessary materials and reports for the sentencing, to which the Government has consented).  Mr. Palmieri has consented to this request, and both defense counsel and I are available any time in the afternoon of May 1 and May 2, 2008, if those dates are convenient for the Court to conduct the sentencing.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Margaret Garnett
Assistant United States Attorney
(212) 637-2520

cc: Vito Palmieri, Esq.

*APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO APRIL 29, 2008 AT 3:00 P.M.*
SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
4/18/08