UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :     ORDER
                                    :
BERNARD SANTOS,                     :     07 CR. 288 (WHP)
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

     WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Henry B. Pitman on October 15, 2007;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED:

Dated:    New York, New York
          April 29, 2008

                                         WILLIAM H. PAULEY III
                                         UNITED STATES DISTRICT JUDGE