# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

**250 Mineola Boulevard**
**Mineola, New York  11501**
**Telephone (516) 248-9595  -  Facsimile (516) 248-7897**
**WWW.PCLLP.COM**

Vito A. Palmieri
Frank P. Castiglione

Daniel J. Halloran, III, LLM/D
*Trial & Appellate Counsel*
dhalloran@pcllp.com
direct extension #127

**VIA OVERNIGHT MAIL & ECF**                                             May 6, 2008

Hon. William H. Pauley, III
U.S. District Judge, SDNY
500 Pearl Street
New York, NY 10007

RE:   USA v. BERNARD SANTOS
        Case No.: 07 CR 288 (WHP)

Judge Pauley:

The defendant in consultation with, and on consent of, the United States Attorney's Office, hereby requests permission to leave the jurisdiction of the SDNY to visit Hershey, Pennsylvania with his family, the week of May 23, 2008.

The defendant will be surrendering to begin his sentence in 45 days, and requests this permission in advance of his booking any such trip with his family.

Furthermore, the defendant will provide the itinerary to the US Attorney and Probation for this trip, so as to keep them informed as to his whereabouts.

If you have any questions or concerns, or require any further information, please do not hesitate to contact our offices.

Yours truly,

*Daniel J. Halloran*

Daniel J. Halloran, III, Esq.(**DH4797**)
*for* Vito A. Palmieri, Esq.

DJH: kk

cc:   Margaret Garnett, Assistant U.S. Attorney     Nicole L. Guite, Probation Officer
        Unites States Attorney – SDNY                       Probation Office –SDNY
        1 St. Andrews Plaza                                         500 Pearl Street
        New York, NY 10007                                       New York, NY 10007