# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

250 Mineola Boulevard
Mineola, New York 11501
Telephone (516) 248-9595 - Facsimile (516) 248-7897
WWW.PCLLP.COM

Vito A. Palmieri
Frank P. Castiglione

Daniel J. Halloran, III, LLM/D
*Trial & Appellate Counsel*
dhalloran@pcllp.com
direct extension #127

**VIA OVERNIGHT MAIL & ECF**  May 6, 2008
Hon. William H. Pauley, III
U.S. District Judge, SDNY
500 Pearl Street
New York, NY 10007



RE: USA v. BERNARD SANTOS
Case No.: 07 CR 288 (WHP)

Judge Pauley:

The defendant in consultation with, and on consent of, the United States Attorney's Office, hereby requests permission to leave the jurisdiction of the SDNY to visit Hershey, Pennsylvania with his family, the week of May 23, 2008.

The defendant will be surrendering to begin his sentence in 45 days, and requests this permission in advance of his booking any such trip with his family.

Furthermore, the defendant will provide the itinerary to the US Attorney and Probation for this trip, so as to keep them informed as to his whereabouts.

If you have any questions or concerns, or require any further information, please do not hesitate to contact our offices.

*APPLICATION GRANTED. THE DEFENDANT MAY TRAVEL TO PENNSYLVANIA FOR ONE WEEK BEGINNING MAY 23, 2008.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

Yours truly,

Daniel J. Halloran, III, Esq.(DH4797)
*for* Vito A. Palmieri, Esq.

DJH: kk

cc:  Margaret Garnett, Assistant U.S. Attorney   Nicole L. Guite, Probation Officer
     Unites States Attorney – SDNY              Probation Office –SDNY
     1 St. Andrews Plaza                         500 Pearl Street
     New York, NY 10007                          New York, NY 10007