# PALMIERI & CASTIGLIONE, LLP
## ATTORNEYS AT LAW

250 MINEOLA BLVD.
MINEOLA, NY 11501-4410
TELEPHONE (516) 248-9595 • FACSIMILE (516) 248-7897
WWW.PCLLP.COM

VITO A. PALMIERI
FRANK P. CASTIGLIONE *

* ALSO ADMITTED IN NJ BAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-08

May 22, 2008

**VIA REGULAR MAIL.**
Honorable William H. Pauley III
United State District Judge
Southern District of New York
500 Pearl Street, Rm. 2210
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Bernard Santos
     Case No.: 07 CR 288 (WHP)

Dear Judge Pauley:

As you are aware we are the attorneys for the above referenced defendant, Bernard Santos. We respectfully request that this Court adjourn Mr. Santos' sentence date to surrender to July 1, 2008, or any date thereafter.

Also, we respectfully submit this application for an amendment to Mr. Santos' request for travel from Pennsylvania to Florida for the week of June 21, 2008 thru June 30, 2008, as he has an opportunity to take his daughter to Disney with frequent flyer miles accumulated by his wife.

Such application is made on consent of the United States Attorney. Thank you in advance for your courtesy and cooperation herein.

Very truly yours,

Daniel J. Halloran, III, Esq. (DH4797)
for Vito A. Palmieri, Esq.

DJH/rcl

cc:  Margaret Garnett
     Assistant United States Attorney

APPLICATION GRANTED ON CONSENT OF THE
SO ORDERED: GOVERNMENT THE DEFENDANT'S
SURRENDER DATE IS EXTENDED
TO BEFORE 2:00 P.M. ON
JULY 1, 2008
WILLIAM H. PAULEY III U.S.D.J.
6-12-08

NEW YORK, NEW YORK                                                    LIVINGSTON, NEW JERSEY